# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 8, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146440(108)

INTERNATIONAL BUSINESS MACHINES
CORPORATION,
        Plaintiff-Appellant,

v

        SC: 146440
        COA: 306618
        Court of Claims: 11-000033-MT

DEPARTMENT OF TREASURY,
        Defendant-Appellee.
_____/

      On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing its brief is GRANTED. The brief shall be considered timely filed if it is submitted on or before October 15, 2013.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 8, 2013

                        Clerk